THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS ROOKAIRD,<br><br>      Plaintiff,<br><br> v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>      Defendant. | Case No. 2:14-CV-00176-RSL<br><br>**ORDER DIRECTING CLERK TO RELEASE SUPERSEDEAS BOND** |

THIS MATTER, having come before the Court on Defendant's Motion for Order Directing Clerk to Release Supersedeas Bond, the Court having reviewed and considered that motion, the materials relied upon in support of that motion, any response and reply, all evidence presented, and all files and records herein, having been fully advised in the premises, now, therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Order Directing Clerk to Release Supersedeas Bond is **GRANTED**. The Clerk of Court is hereby directed to release the entire funds posted pursuant to supersedeas bond number 022055408 to Defendant BNSF Railway Company.

DATED this 16th day of January, 2019.

                */s/ Robert S. Lasnik*
                Robert S. Lasnik
                United States District Judge

ORDER DIRECTING CLERK TO RELEASE
SUPERSEDEAS BOND - 1
Case No. 14-CV-00176-RSL

118361.0005/7521233.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented By:

LANE POWELL PC


By: *s/ Tim D. Wackerbarth*
   Tim D. Wackerbarth, WSBA No. 13673
   wackerbarthtd@lanepowell.com
   Andrew G. Yates, WSBA No. 34239
   yatesa@lanepowell.com

Attorneys for Defendant BNSF Railway Company

ORDER DIRECTING CLERK TO RELEASE
SUPERSEDEAS BOND - 2
Case No. 14-CV-00176-RSL

118361.0005/7521233.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107