UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS ROOKAIRD,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | NO. C14-176RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Judge Lasnik recuses himself in the above entitled action and this case is reassigned in rotation to the Honorable Richard A. Jones. The cause number in this case is changed to **C14-176RAJ** which reflects the initial of the Judge to which this case was reassigned.

DATED this 16th day of January, 2019.

                                              s/Kerry Simonds
                                              by Kerry Simonds, Deputy Clerk
                                              To Robert S. Lasnik, Judge
                                              206-370-8519

MINUTE ORDER