HONORABLE RICHARD A. JONES

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CURTIS ROOKAIRD,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>　　　　　　　　　Defendant | Court File No.: 2:14-CV-176-RAJ<br><br>**NOTICE OF WITHDRAWAL OF**<br>**COUNSEL OF RECORD** |

　　　Pursuant to Civil L.R. 83.2(b)(1), (3), Attorney Christopher W. Bowman respectfully withdraws as counsel of record in this matter. Attorneys William G. Jungbauer of YAEGER & JUNGBAUER BARRISTERS, PLC, and Bradley K. Crosta of CROSTA LAW OFFICE, PLLC, both of whom have previously noticed their appearance, remain as counsel of record, and leave of court is therefore not required under Civil L.R. 83.2(b)(3).

　　　　　　　　　[Remainder of this page purposefully left blank.]

Notice of Withdrawal of Counsel of Record
Court File No. 2:14-CV-176-RAJ
Page 1

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

Respectfully Submitted,

Dated: October 17, 2019          By: */s/ Christopher W. Bowman*
                                 Christopher W. Bowman, *pro hac vice*

-and-

YAEGER & JUNGBAUER BARRISTERS, PLC

Dated: October 17, 2019          By: */s/ William G. Jungbauer*
                                 William G. Jungbauer, admitted *pro hac vice*
                                 4601 Weston Woods Way
                                 Saint Paul, MN 55127
                                 Telephone: (651) 288-9500
                                 Facsimile: (651) 288-0227
                                 wjungbauer@yjblaw.com

-and-

CROSTA LAW OFFICE, PLLC

Dated: October 17, 2019          By: */s/ Bradley K. Crosta*
                                 Bradley K. Crosta, WSBA #10571
                                 999 3rd Avenue, Suite 2525
                                 Seattle, WA 98104-4032
                                 Telephone: (206) 224-0900
                                 Facsimile: (206) 223-3929
                                 bcrosta@crostalaw.com

*Attorneys for Plaintiff Curtis Rookaird*

Notice of Withdrawal of Counsel of Record
Court File No. 2:14-CV-176-RAJ
Page 2

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500