HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CURTIS ROOKAIRD,

         Plaintiff,

   v.

BNSF RAILWAY COMPANY,

         Defendant.

CASE NO. 2:14-cv-00176-RAJ

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    Having reviewed the parties' Renewed Stipulation and Proposed Order Continuing Discovery Deadlines (Dkt. #335), the court DENIES the stipulated motion without prejudice.

    The court enters orders setting trial dates and related dates to provide a reasonable schedule for the resolution of disputes.  That schedule generally provides approximately 90 days between the deadline for filing dispositive motions and the trial date.  With dispositive motions due 90 days before trial, they will generally be ripe for consideration one month later.  *See* Local Rules W.D. Wash. CR 7(d)(3).

    The court's calendar generally permits it to enter a decision on dispositive motions within 30 days.  *See* Local Rules W.D. Wash. CR 7(b)(5).  In order to permit the parties to consider the court's decision on dispositive motions and plan for trial or an alternative

MINUTE ORDER – 1

resolution, the court generally requires at least 30 days between the court's decision and the trial date. For these reasons, the court will rarely set the deadline for dispositive motions <u>less than 90 days</u> before the trial date.

In this case, trial is set for July 20, 2020. The parties propose to extend the deadline for filing dispositive motions to May 14, 2020. The parties assert a filing date of May 14, 2020 for dispositive motions would allow for a noting date of May 29, 2020. In fact, pursuant to LCR 7(d)(3), the earliest a dispositive motion filed on May 14, 2020 could be noted is June 5, 2020. Given this court's tremendous caseload as only one of two remaining non-senior judges on the bench in the district, the parties' proposal does not provide sufficient time for the court to enter a decision on dispositive motions prior to trial.

The court does not find a compelling reason to abandon the case management principles set forth above and therefore denies the parties' renewed stipulated motion, without prejudice to renewing it in compliance with the case management principles expressed in this order.

DATED this 5th day of March, 2020.

WILLIAM M. McCOOL,
Clerk of the Court

By:  */s/ Victoria Ericksen*
         Deputy Clerk

MINUTE ORDER – 2