HONORABLE RICHARD A JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CURTIS ROOKAIRD,<br><br>                          Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>                          Defendant | Court File No.: 14-CV000176-RAJ<br><br>**PLAINTIFF'S EMERGENCY MOTION FOR STATUS CONFERENCE**<br><br>**Noted on Motion Calendar:**<br>**July 14, 2021** |

      Plaintiff Curtis Rookaird respectfully moves the Court for an emergency status conference, as set forth in the accompanying Declaration of William G. Jungbauer. Plaintiff's health has continued to decline, and he is currently receiving home hospice care. Counsel would like to discuss the status of the matter and how the Plaintiff's health may impact issues moving forward to trial, including the possible need for a dying declaration or deposition in lieu of Plaintiff's live testimony at trial.

      Rookaird's counsel also requests an Order of the Court ordering the parties to participate in a final settlement conference with a federal magistrate before trial.

      Rookaird's counsel has contacted counsel for BNSF Railway to discuss these matters before filing this motion. At this time, BNSF opposes the motion.

Pl's Motion for Telephonic Status Conference
No. 2:13-CV-176-RAJ
Page 1

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

Respectfully Submitted,

Dated: July 14, 2021          YAEGER & JUNGBAUER BARRISTERS, PLC

By: /s/ *William G. Jungbauer*
William G. Jungbauer, admitted *pro hac vice*
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: (651) 288-9500
wjungbauer@yjblaw.com

-and-

Bradley K. Crosta, WSBA #10571
CROSTA LAW OFFICE PLLC
999 3rd Avenue, Suite 2525
Seattle, WA 98104-4032
Telephone: (206) 224-0900
Facsimile: (206) 467-8028
bcrosta@crostalaw.com

*Attorneys for Plaintiff Curtis Rookaird*

Pl's Motion for Telephonic Status Conference
No. 2:13-CV-176-RAJ
Page 2

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington, the State of Minnesota, and the United States of America that on July 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel for defendant BNSF Railway Company:

> Mr. Timothy D. Wackerbarth
> Mr. Andrew Yates
> LANE POWELL
> 1420 Fifth Avenue, Suite 4200
> P.O. Box 91302
> Seattle, WA 98111
> Telephone: (206) 223-7000
> Facsimile: (206) 223-7107
> E-Mail: wackerbartht@lanepowell.com

DATED this 14th day of July 2021, at St. Paul, Minnesota.

> By: */s/ William G. Jungbauer*
> William G. Jungbauer, admitted *pro hac vice*
> 4601 Weston Woods Way
> Saint Paul MN 55127
> Telephone: (651) 288-9500
> Facsimile: (651) 288-0227

Pl's Motion for Telephonic Scheduling Conference
No. 2:13-CV-176-RAJ
Certificate of Service

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500