HONORABLE RICHARD A JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CURTIS ROOKAIRD,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>Defendant | Court File No.: 14-CV-000176-RAJ<br><br>(~~PROPOSED~~) **ORDER GRANTING PLAINTIFF'S MOTION FOR TELEPHONIC SCHEDULING CONFERENCE** |

This matter comes before the Court on Plaintiff's motion to for an emergency telephone conference. The Court having reviewed all of the filings in this matter and being otherwise fully informed,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. A telephonic scheduling conference is set in the above captioned matter for July 23 @ 9:00 am 2021, at ~~a.m./p.m. Parties should call contact the Court at (206)~~ @ 9:00 am ~~for the call.~~

DATED this 19th day of July 2021

UNITED STATES DISTRICT JUDGE

Presented By:

YAEGER & JUNGBAUER BARRISTERS, PLC
By: /s/ William G. Jungbauer
William G. Jungbauer, admitted *pro hac vice*
4601 Weston Woods Way
Saint Paul MN 55127
Telephone: (651) 288-9500
Facsimile: (651) 288-0227

Pl's Motion for Telephonic Scheduling Conference
No. 2:13-CV-176-RAJ
Proposed Order

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500