HONORABLE RICHARD A JONES

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CURTIS ROOKAIRD,<br><br>                              Plaintiff,<br><br>      v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>                              Defendant. | Court File No.: 14-CV000176-RAJ<br><br>**PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION** |

Notice is hereby given that a Redaction Request shall be filed with the court and a paper copy served on the court reporter within 21 days from the filing of the transcript.

                                        Respectfully Submitted,

Dated: 8/4/2021                         YAEGER & JUNGBAUER BARRISTERS, PLC

                                        By: */s/ William G. Jungbauer*
                                        William G. Jungbauer, admitted *pro hac vice*
                                        Michael P. McReynolds, admitted *pro hac vice*
                                        4601 Weston Woods Way
                                        Saint Paul, MN 55127
                                        Telephone: (651) 288-9500
                                        wjungbauer@yjblaw.com
                                        mmcreynolds@yjblaw.com
                                        rrussell@yjblaw.com

                                        -and-

                                        Bradley K. Crosta, WSBA #10571

Notice of Intent to Request Redaction
No. 2:14-CV-176-RAJ
Page 1

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN  55127
651-288-9500

CROSTA LAW OFFICE. PLLC
19743 1st Avenue South
Normandy Park, WA, 98148
Telephone: (206) 623-9400
bcrosta@crostalaw.com

*Attorneys for Plaintiff Curtis Rookaird*

Notice of Intent to Request Redaction
No. 2:14-CV-176-RAJ
Page 2

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN  55127
651-288-9500

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered users of said CM/ECF System, as indicated on the accompanying Notice of Electronic Filing, and I hereby certify that I have emailed by United States Postal Service the document to the following Court Reporter: Debbie Zurn, Court Reporter, U.S. District Court, Western District of Washington, 700 Stewart Street, Suite 17205, Seattle, WA 98101.

DATED this 4th day of August 2021 at St. Paul, Minnesota.

*/s/ Roxanne A. Russell*
Roxanne Russell

Notice of Intent to Request Redaction
No. 2:14-CV-176-RAJ
Page 3

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, the State of Minnesota, and the United States of America that on August 4, 2021 electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel for defendant:

Timothy D. Wackerbarth
LANE POWELL
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
E-Mail: wackerbartht@lanepowell.com

Keith Goman, admitted pro hac vice
Hall & Evans LLC
1001 17th Street; Suite 300
Denver, CO 80202
Email: gomank@hallevans.com

Bradley K. Crosta
Crosta Law Office, PLLC
19743 1st Avenue South
Normandy Park, WA, 98148
E-Mail: bcrosta@crostalaw.com
Local Counsel for Plaintiff

DATED this 4th day of August 2021 at St. Paul, Minnesota.

                                              */s/ Roxanne A. Russell*
                                              Roxanne Russell

Notice of Intent to Request Redaction
No. 2:14-CV-176-RSL
Certificate of Service

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN  55127
651-288-9500