THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS ROOKAIRD,

                 Plaintiff,

     v.

BNSF RAILWAY COMPANY, a Delaware corporation,

                 Defendant.

Case No. 2:14-CV-00176-RAJ

**DEFENDANT BNSF RAILWAY COMPANY'S SUGGESTION OF DEATH**

     Pursuant to Fed. R. Civ. P. 25(a), Defendant BNSF Railway Company ("BNSF") hereby submits this Suggestion of Death in the above-captioned matter for Plaintiff Curtis Rookaird, who died on or about September 11, 2021. This Suggestion is supported by the Declaration of Tim D. Wackerbarth and attached exhibit.

DEFENDANT BNSF'S SUGGESTION OF DEATH
CASE NO. 2:14-CV-00176-RAJ

118361.0005/8672593.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1   DATED:  September 16, 2021

2

3

4                                                LANE POWELL PC

5                                                        s/Andrew G. Yates

6                                                By _____
                                                 Tim D. Wackerbarth, WSBA No. 13673

7                                                wackerbartht@lanepowell.com
                                                 Andrew G. Yates, WSBA No. 34239

8                                                yatesa@lanepowell.com

9                                                HALL & EVANS LLC

10

11                                                      s/Keith Goman

12                                               By: _____
                                                 Keith Goman, CSBA No. 37769
                                                 gomank@hallevans.com *(pro hac vice)*

13                                               *Attorneys for Defendant BNSF Railway Company*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT BNSF'S SUGGESTION OF DEATH
CASE NO. 2:14-CV-00176-RAJ

118361.0005/8672593.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

**CERTIFICATE OF SERVICE**

I, Alisa R. Flabel, hereby certify under penalty of perjury of the laws of the State of Washington that on the date indicated below, I caused to be served a copy of the foregoing document on the following person(s) in the manner indicated below at the following address(es):

William G. Jungbauer
Yaeger & Jungbauer Barristers PLC
4601 Weston Woods Way
St. Paul, MN  55127
Telephone:     (651) 288-9500
Facsimile:     (651) 288-0227
E-Mail: wjungbauer@yjblaw.com
          RRussell@yjblaw.com

| | |
|---|---|
| ☑ | **by Electronic Mail** |
| ☐ | **by Facsimile Transmission** |
| ☐ | **by First Class Mail** |
| ☐ | **by Hand Delivery** |
| ☐ | **by Overnight Delivery** |

Bradley K. Crosta
Crosta Law Office, PLLC
19743 1st Avenue South
Normandy Park, WA 98148
Telephone:     (206) 623-9400
E-Mail: bcrosta@crostalaw.com

| | |
|---|---|
| ☑ | **by Electronic Mail** |
| ☐ | **by Facsimile Transmission** |
| ☐ | **by First Class Mail** |
| ☐ | **by Hand Delivery** |
| ☐ | **by Overnight Delivery** |

Keith Goman, *admitted pro hac vice*
Hall & Evans LLC
1001 17th Street; Suite 300
Denver, CO 80202
Telephone: (303) 628-3423
Email: gomank@hallevans.com

| | |
|---|---|
| ☑ | **by Electronic Mail** |
| ☐ | **by Facsimile Transmission** |
| ☐ | **by First Class Mail** |
| ☐ | **by Hand Delivery** |
| ☐ | **by Overnight Delivery** |

Kelly Rookaird
Address unknown
Email: rookairdkelly@gmail.com

| | |
|---|---|
| ☑ | **by Electronic Mail** |
| ☐ | **by Facsimile Transmission** |
| ☐ | **by First Class Mail** |
| ☐ | **by Hand Delivery** |
| ☐ | **by Overnight Delivery** |

Paul W. Parker
Address unknown
Email: nparker4@centurylink.net

| | |
|---|---|
| ☑ | **by Electronic Mail** |
| ☐ | **by Facsimile Transmission** |
| ☐ | **by First Class Mail** |
| ☐ | **by Hand Delivery** |
| ☐ | **by Overnight Delivery** |

CERTIFICATE OF SERVICE

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

118361.0005/8672593.1

Executed on the 16th day of September, 2021, at Seattle, Washington.

*s/Terri L. Zimmerman*
Terri L. Zimmerman, Legal Assistant

CERTIFICATE OF SERVICE

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

118361.0005/8672593.1