HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

CURTIS ROOKAIRD,

                                    Plaintiff,

        v.

BNSF RAILWAY COMPANY,
a Delaware Corporation,

                                    Defendant

Court File No.: 14-CV000176-RAJ

**PLAINTIFF'S MOTION FOR
SUBSTITUTION OF PLAINTIFF
PURSUANT TO FED. R. CIV. P.
25(a)(1)**

        PLEASE TAKE NOTICE that on a date and time to be determined to place before the

Honorable Richard Jones, or as soon thereafter as counsel can be heard, Plaintiff does hereby

move this Court, pursuant to Fed. R. Civ. P. 25(a)(1) for an Order allowing the action to be

continued by Paul W. Parker, individually as Personal Representative for the Estate of Curtis

John Rookaird.  This motion will be made on the ground that Curtis Rookaird, Plaintiff in the

above-entitled action, has died and on the ground that Paul W. Parker is the proper party as

Personal Representative of the Estate of Curtis John Rookaird.

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN  55127
651-288-9500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This motion is based upon this notice, the attached Declaration of William G. Jungbauer and Exhibits attached thereto, concurrently filed and served herewith and upon such oral and documentary evidence as may be presented to the Court at the time of the hearing.

Respectfully Submitted,

Dated: September 27, 2021        YAEGER & JUNGBAUER BARRISTERS, PLC

By
William G. Jungbauer, admitted *pro hac vice*
Michael P. McReynolds, admitted *pro hac vice*
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: (651) 288-9500
wjungbauer@yjblaw.com
mmcreynolds@yjblaw.com

-and-

Bradley K. Crosta, WSBA #10571
CROSTA LAW OFFICE. PLLC
19743 1st Avenue South
Normandy Park, WA, 98148
Telephone: (206) 623-9400
bcrosta@crostalaw.com

*Attorneys for Plaintiff Curtis Rookaird*

PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF
PURSUANT TO FED. R. CIV. P 25(a)(1)
Case No. 2:14-CV-176-RAJ
Page 2

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN  55127
651-288-9500

## DECLARATION OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, the State of Minnesota, and the United States of America that on September 27, 2021, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel:

Timothy D. Wackerbarth
LANE POWELL
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
E-Mail: wackerbartht@lanepowell.com
Counsel for Defendant BNSF Railway Company

Keith Goman, admitted pro hac vice
HALL & EVANS LLC
1001 17th Street; Suite 300
Denver, CO 80202
Email: gomank@hallevans.com
Counsel for Defendant BNSF Railway Company

Bradley K. Crosta
CROSTA LAW OFFICE, PLLC
19743 1st Avenue South
Normandy Park, WA, 98148
E-Mail: bcrosta@crostalaw.com
Local Counsel for Plaintiff

Date: 9/27/2021

Roxanne Russell
Roxanne Russell

PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF
PURSUANT TO FED. R. CIV. P 25(a)(1)
Case No. 2:14-CV-176-RAJ
Page 3

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN  55127
651-288-9500

# DECLARATION OF SERVICE

I further certify under penalty of perjury under the laws of the State of Washington, the State of Minnesota, and the United States of America that on September 27, 2021, I served a copy of the electronically filed foregoing documents with the following by electronic mail and US Mail:

James A. Jackson
KETTER SHEPPARD & JACKSON, LLP
50 – 116th Avenue SE – Suite 201
Bellevue, WA 98004
Email: jjackson@sksp.com
Agent for Service of Process for
Paul Parker, Personal Representative

Paul W. Parker
3325 Sierra Circle
Rock Springs, WY 82901
Email: Parkern4@comcast.net
Personal Representative

Kelly Rookaird
6808 Shady Grove Place
Arlington, WA 98223
Email: rookairdkelly@gmail.com

Larry Dolan
Snohomish County Clerk's Office
3000 Rockefeller Avenue, M/S 605
Everett, WA 98201
Email: unknown
Guardian ad Litem, minor Rookaird children

Date: 9/27/2021                    Roxanne Russell
                                   Roxanne Russell

PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF
PURSUANT TO FED. R. CIV. P 25(a)(1)
Case No. 2:14-CV-176-RAJ
Page 4

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN  55127
651-288-9500