# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PAUL W. PARKER, Personal Representative of the Estate of Curtis John Rookaird,<br><br>      Plaintiff,<br><br> v.<br><br>BNSF RAILWAY COMPANY,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:14-cv-00176-RAJ |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_**X**\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law Following Bench Trial entered on March 28, 2022, Judgment is entered in favor of Defendant BNSF Railway Company, against Plaintiff Paul W. Parker, Personal Representative of the Estate of Curtis John Rookaird.

DATED this 29th day of March, 2022.

            RAVI SUBRAMANIAN,
            Clerk of the Court

            By: */s/ Victoria Ericksen*
                Deputy Clerk